AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

3124 Q Street NW,
Washington, D.C. 20007

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Scott Reed     being duly sworn depose and say:

I am a(n)     Special Agent with the United States Secret Service     and have reason to believe
          (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
3124 Q Street NW, Washington, D.C., and outbuildings located on the curtilage (as further described in the attached affidavit which is incorporated fully by reference and set forth herein).

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment A" of the attached affidavit which is incorporated fully by reference and set forth herein).

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title 18   United States Code, Section(s) 1030(a)(2)(C) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Signature of Affiant
Reed,  Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____              _____
Name and Title of Judicial Officer                         Signature of Judicial Officer