**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Scott D. Reed, being duly sworn, hereby depose and state:

1.    Your Affiant has been employed by the United States Secret Service (USSS) for three and a half years and has been a Special Agent assigned to the Washington Field Office since October of 2002. Your Affiant has training and experience in the enforcement of laws of the United States.  Your Affiant has investigated numerous cases involving violations of Title 18 of the United States Code, to include Bank Fraud, Counterfeit Securities, Unauthorized Access Devices, Credit Card  Fraud, and other criminal matters.  Your Affiant has participated in the application of search warrants, execution of search warrants, and has made arrests.  Your Affiant is currently assigned to the Electronic Crimes Task Force of the Washington, DC Field Office of the United States Secret Service.  Before joining the U.S. Secret Service, your Affiant served as a Police Agent with the Baltimore Police Department for approximately seven years during which time he performed patrol functions, investigated crimes, and arrested persons who violated the laws of the State of Maryland and the City local ordinances.  Your Affiant obtained a Bachelor of Science in Criminal Justice from Utica College of Syracuse University in 1994.  Your Affiant has also attended training courses at the Federal Law Enforcement Training Center, Glynco, GA, and two courses of on-line computer investigations, Washington, DC.  Your Affiant has also consulted with investigators of other agencies to include Department of Justice and senior agents within the United States Secret Service.

2.    This affidavit is being submitted in support of an application for a search warrant to search: The residence located at 3124 Q Street NW, Washington, DC 20007, a single family private residence with a glass front door with the numerals "3124" in gold on the right side of the door, with black shutters on the windows and white framing around the windows and front door.  The drive-way entrance is located on the left side of the house, looking at the front of the house.  This search is to include any and all outbuildings located on the curtilage.

1

**BACKGROUND INFORMATION**

3.  The facts and information contained in this affidavit are based on your Affiant's personal knowledge and observations made during the course of this investigation, information conveyed to him by other law enforcement personnel involved in this investigation, and a review of records and documents obtained incident to investigation.  Your Affiant has not included in this affidavit every known fact to him in regards to this investigation, but rather only those facts which are sufficient to establish probable cause.  This affidavit is in support of a search warrant for the premises located at 3124 Q Street, NW, Washington, DC 20007, for the violation of Title 18, United States Code, Section 1030 (a) (2) (C), Fraud and related activity in connection with computers in interstate communication.

4.  The request for a search warrant for the premises located at 3124 Q Street, NW, Washington, DC, 20007, is based on the information gained through investigations conducted by the Washington Field Office of the United States Secret Service.  This investigation began when information was forwarded from Kevin Barr, Principal of Georgetown Day School, regarding a teacher's e-mail account that was compromised and used to send e-mails to three students at the Georgetown Day School High School without the teacher's knowledge and authorization.  The e-mails sent are quoted in the following:

*1ˢᵗ E-Mail*

        Sent: Saturday, November 26, 2005 10:39:52 PM

        From:  Alison Taylor Fastov

        To:  John Gentile07

        *"Dear Johnny Boy,*

        *You're a huge tool.  Do you know you don't have a penis?  Cause you don't, you*

        *stupid nigger.  I want to defecate on your face.  Please do us all a favor and just kill*

        *yourself you stupid fag.  Im gonna squat over your face and make u drink my pee.  It's*

2

*pretty cool how you pop your collar, almost as cool as when Vinny pops you deep in your anal cavity,*

*You're my lil bitch niggy,*

*Alison (a.k.a. James Moss)"*

## 2nd E-Mail

Sent:  Saturday, November 26, 2005 8:11 PM

From:  Alison Taylor Fastov (afastov@gds.org)

To:  Philip Bronstein (golfwizpj@hotmail.com)

*"Philip,*

*I am really disappointed by your work this year. This essay is wholly unsatisfactory, especially with your utter lack of evidence. You obviously have not been paying attention in class, and you might as well not even be in the class. I sent this paper to Kevin and he also agreed that it was a failing paper. For that reason, I will have to give you an F in this class. I do not mean to be harsh, but this paper is rubbish.*

*Alison*

*P.S. – I will setup a conference your parents and Norrine to discuss your problems."*

*Alison (a.k.a. James Moss)"*

## 3rd E-Mail

Sent:  Saturday, November 26, 2005 8:49:57 PM

From:  Alison Taylor Fastov

To:  Batya Feldman07

*"Batya,*

*Kevin just notified me that Debbie will Fail you in French because of your conduct on your take home test. Lets meet at 7 am on Monday to discuss this. I wont be able to access my email until then, so just meet me in my office Monday morning.*

*Alison Taylor Fastov*

*Georgetown Day School*

*4200 Davenport Street, NW*

*Washington, DC 20016-4560*

*202 274-3243"*

5.  On January 4, 2006, your Affiant and Special Agent Kyo Dolan met with  Principal  Kevin Barr, teacher Alison Fastov, and Director of Technology David Arnstein.  Ms. Fastov stated she did not give authorization to anyone to access her e-mail account or send the above listed e-mails. Ms. Fastov further stated that the e-mails to Philip and Batya could only have been written if someone had read her stored e-mails, one from Philip regarding his poor performance and another e-mail sent to school officials regarding Batya's take home test.

6.  Mr. Arnstein provided the e-mail file server logs capturing the following information from the Georgetown Day School computer network:

*Login,afastov,11/26/2005,7:55:11PM,69.17.35.105,Internet,HTTP,LAN,105,0,7079,TCP/IP,69.17.35.105Logout,afastov,11/26/2005,8:36:00 PM,69.17.35.105,2449,105*

*Login,afastov,11/26/2005,8:41:33PM,69.17.35.105,Internet,HTTP,LAN,101,0,7079,TCP/IP,69.17.35.105Logout,afastov,11/26/2005,9:10:39PM,69.17.35.105,1746,101*

*Login,afastov,11/26/2005,9:18:56PM,69.17.35.105,Internet,HTTP,LAN,102,0,7079,TCP/IP,69.17.35.105 Logout,afastov,11/26/2005,9:40:42PM,69.17.35.105,1306,102*

*Login,afastov,11/26/2005,9:59:00PM,69.17.35.105,Internet,HTTP,LAN,101,0,7079,TCP/IP,69.17.35.105Logout,afastov,11/26/2005,10:48:38 PM,69.17.35.105,2978,101*

7.  Mr. Arnstein checked the Internet Protocol Address (IP Address) 69.17.35.105 and learned it is registered with www.speakeasy.net, located at 2001 6th Avenue, Seattle, WA, 98121.

8.  On January 4, 2006, David Dennis, custodian of records with Speakeasy.net, located in Seattle, WA, for IP address 69.17.35.105.  Dennis told Department of Justice Investigator John Marsh that this IP Address is static and therefore does not change from its permanent use at the subscriber address.  Mr. Dennis returned the subpoena with the following information:

> *Service Address:*
> *3124 Q Street, NW, Washington, DC 20007*
> *Service Phone:*
> *202-338-0700*
> *Billing information:*
> *Patrice Miller*
> *3124 Q Street, NW, Washington, DC 20007*
> *(202) 338-0700*
> *Bill Account: #195181*

9.  U.S. Secret Service and U.S. Department of Justice Investigators conducted commercial database and NCIC inquiries of the above billing address and confirmed that Patrice Miller currently resides at this address.

10.  Based on your Affiant's training and experience and that of other investigators consulted in this investigation, it is commonplace for computers to share IP addresses through a hub or router, allowing several computers to share a single IP Address.  This is often for cost saving and efficiency reasons.  There can be static and dynamic IP Addresses assigned to systems depending on the type of service that is requested by the customer and the services available by the provider. In the instant case, the IP address of 69.17.35.105 assigned to Patrice Miller is a static IP Address described by Speakeasy.net as "always on, via static DSL, 24-hours a day."  Any computer

5

within 3124 Q Street NW, that was used to access the Georgetown Day School computer
network will contain records and latent information as to the unauthorized access of the
Georgetown Day School computer system. It is also probable that residual digital evidence of this
crime will remain on a computer's hard drive indefinitely unless overwritten or intentionally
wiped using sophisticated tools.

### C.  Conclusion

For the reasons set forth above, your Affiant believes there is probable cause to believe
that contained in 3124 Q Street NW, and within buildings on its curtilage, Washington, D.C.;
there is evidence of unauthorized access of the Georgetown Day School computer system in
interstate communication which led to the obtainment of information from a protected computer
is evidence, instrumentalities, and fruits of crime, as fully detailed in Attachment "A" to the
search warrant which is incorporated herein as if fully stated, and which constitute evidence of
offenses in violation of 18 U.S.C. Section 1030(a)(2)(C)(Fraud and related activity in connection
with computers).

The statements above are true and accurate to the best of my knowledge and belief.


_____

Scott D. Reed
Special Agent,
United States Secret Service


Sworn and subscribed before me
This _____ day of January, 2006.


_____

United States Magistrate Judge


6