## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEIZED

A.  RECORDS

    1.  Records, documents, and materials containing information of past and present criminal activity related to the aforementioned criminal activity.  The terms "records," "documents," and "materials" includes records in all forms, such as those on paper, in any photographic form, in any mechanical form, and any form that is stored in electronic or magnetic form on hard drives, compact discs, zip disks, magnetic tapes or floppy disks.

    2.  Any notes, day planners, calendars, chronologies and summaries of daily activities.

    3.  Any spreadsheets, databases, charts and tables related to daily activities in the use of computers.

B.  HARDWARE

    4.  Computer hardware, consisting of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data.  Hardware includes, but is not limited to, any data-processing devices (such as central processing units, main frame servers, memory typewriters, and self-contained "laptop" or "notebook" computers, "palm pilots," and "schedulers"); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, removable magnetic disk storage drives and disks, tape drives and tapes, optical storage devices, transistor-like binary devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-gathering devices); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

C.  SOFTWARE

    5.  Computer software consisting of digital information which can be interpreted by a computer and any of its related components to direct the way they work.  Software is stored in electronic, magnetic, optical, or other digital form.  It commonly included programs to run operating systems, applications (like word-processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs.

D.  DOCUMENTATION

    6.  Computer-related documentation consisting of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use the computer hardware, software, or other related items.

E.  PASSWORDS and DATA SECURITY DEVICES

7.  Computer passwords and other data security devices that are designated to restrict access to or hide computer software, documentation, or data.  Data security devices may consist of hardware, software, or other programming code.  A password usually operates as a sort of digital key to "unlock" particular data security devices.  Data security hardware may include encryption devices, chips, and circuit boards.  Data security software or digital codes may include programming code that creates "test" keys or "hot" keys, which perform user-defined security-related functions when activated.  Data security software or code which might also encrypt, compress, hide or "booby-trap" protected data to make it inaccessible or unreadable as well as reverse the process to restore the data.

8.  Logs of electronic communications, disks of communications, hard copies of communications, audio cassette tapes of communications, calendars, appointment books, telephone number lists, incoming and outgoing facsimile messages, and any documentation, telephone records.

9.  The terms "records," "documents," and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafters, or their modifications may have been created or stored, including, but not limited to, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, zip disks, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from magnetic storage devices).

10. Any and all fruits, instrumentalities, and evidence (at this time unknown) of the crime of 18. U.S.C. Section 1030(a)(2)(C) (Fraud and related activity in connection with computers).