AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3124 Q Street NW,
Washington, D.C. 20007

**SEARCH WARRANT**

CASE NUMBER:

**06 - 007M - 01**

TO: <u>SA Scott Reed</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Scott Reed</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
    3124 Q Street NW, Washington, D.C., and outbuildings located on the curtilage (as further described in the attached affidavit which is incorporated fully by reference and set forth herein).

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
    evidence and instrumentalities as further described in "Attachment A" of the attached affidavit which is incorporated fully by reference and set forth herein.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before    January 13, 2006
                                                                           (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 06 2006 @ 9:25 am at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 01/06/06 | 01/06/06  10:00 A.M. | Mrs. Patrice Miller |

INVENTORY MADE IN THE PRESENCE OF  Steve Kopsek

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One G4 Apple laptop computer Serial #W8437089QHY
One G4 Apple laptop computer Serial #V734170KNRX
One Maxtor External Hard drive Serial #Y62DP8ME
Two USB Cables
One 60GB IPod Serial #unknown

**FILED**

JAN 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     1/9/06
U.S. Judge or U.S. Magistrate Judge          Date